UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

SCOTT HUDDLE,

    Plaintiff,

vs.

UNITEDHEALTH GROUP, INC., *et al.*,

    Defendants.

Case No. 3:24-cv-189

District Judge Michael J. Newman
Magistrate Judge Caroline H. Gentry
Magistrate Judge Peter B. Silvain, Jr. (referral)

---

### ORDER: (1) GRANTING THE PARTIES' JOINT MOTION TO STAY CASE DEADLINES AND REFER THIS MATTER TO A MAGISTRATE JUDGE FOR A SETTLEMENT CONFERENCE (Doc. No. 14); AND (2) REFERRING THIS MATTER, ACCORDINGLY, TO MAGISTRATE JUDGE PETER B. SILVAIN, JR. IN ORDER TO HOLD A SETTLEMENT CONFERENCE

---

Pursuant to 28 U.S.C. § 636, and for good cause shown, the parties' joint motion to (1) stay the case calendar while this matter proceeds to mediation before a United States Magistrate Judge and (2) refer this matter to a Magistrate Judge (Doc. No. 14) is **GRANTED**. Accordingly, this case is **REFERRED** to Magistrate Judge Peter B. Silvain, Jr. to hold a mediation/settlement conference with the parties and their counsel. The current case calendar is **STAYED** in the interim. If the case does not settle, the Court will enter a new Calendar Order thereafter.

    **IT IS SO ORDERED.**

September 18, 2024

s/Michael J. Newman
Hon. Michael J. Newman
United States District Judge