## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF OHIO – at Dayton

| | | |
|---|---|---|
| SCOTT HUDDLE | : | 3:24-cv-00189-MJN-CHG |
| **Plaintiff** | : | |
| v. | : | |
| **UNITEDHEALTH GROUP, INC.,** *et. al.* | : | |
| **Defendant** | : | |

### STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Scott Huddle ("Plaintiff"), and Defendants, UnitedHealth Group, Inc., and Optum Services, Inc., ("Defendants"), pursuant to FRCP 41 (a)(1)(A)(ii), stipulate that this matter, being fully comprised and resolved, is hereby DISMISSED with prejudice.

Respectfully Submitted,

| | |
|---|---|
| /s/Christopher Wiest_____ | /s/Christopher J. DeGroff |
| Christopher Wiest (Ohio 0077931) | Christopher J. DeGroff (PHV) |
| 50 East Rivercenter Blvd., Ste. 1280 | Seyfarth Shaw LLP |
| Covington, KY 41011 | 233 South Wacker Drive, Suite 8000 |
| 513-257-1895 (v) | 312-460-5000 (v) |
| chris@cwiestlaw.com | CDegroff@seyfarth.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |

### CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing upon counsel of record, via service via CM/ECF, this 18 day of December, 2024, via electronic mail.

/s/Christopher Wiest_____
Christopher Wiest (Ohio 0077931)

1